**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dennis STRICKLAND, Defendant–**
**Appellant.**

**No. 08–30091.**

United States Court of Appeals,
Ninth Circuit.

Filed June 19, 2009.

Marcia Kay Hurd, Esquire, Assistant U.S., Eric B. Wolff, Esquire, Assistant U.S., Ryan Archer, Assistant U.S., USBI – Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Michael Donahoe, Esquire, Assistant Federal Public Defender, Fdmt–Federal Defenders of Montana Helena Branch Office, Helena, MT, Defendant–Appellant.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.